IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOYCE MOORE WILLINGHAM, ) | |
| Administratrix of the Estate of ) | |
| JESSE ODELL WILLINGHAM, ) | |
| Deceased, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 12-0036-CG-N |
| ) | |
| A. W. CHESTERTON COMPANY, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon due consideration of the plaintiff's motion for dismissal of this case without prejudice and that it be transferred to the "Bankruptcy Only" docket (Doc. 30), and the responses filed by defendants Georgia-Pacific, LLC (Doc. 37) and Metropolitan Life Insurance Company (Doc. 38), and as no other defendant named in the plaintiff's complaint has filed an objection to dismissal of this action without prejudice, the plaintiff's motion is hereby **GRANTED** with respect to dismissal of the case without prejudice.  Plaintiff's request that the case be transferred to the "Bankruptcy Only" docket, and anything that could be construed as a request for conditions upon the terms of dismissal are hereby **DENIED**.

It, therefore, is **ORDERED, ADJUDGED**, and **DECREED** that the plaintiff's claims against A. W. Chesterton Company, CBS Corporation, Crown Cork & Seal Company, Inc., Crown Holdings, Inc., Georgia-Pacific, LLC, Honeywell

2

International, Inc., Metropolitan Life Insurance Company, and Sepco Corporation are hereby **DISMISSED WITHOUT PREJUDICE**.[1]  Each party shall bear her or its own costs.

**DONE and ORDERED** this 2nd day of April, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's claims against Warrior 1-Stop Building Supply were dismissed with prejudice by order of Circuit Judge Eddie Hardaway of the Circuit Court of Marengo County, Alabama dated January 17, 2012. Plaintiff's claims against General Electric Company were dismissed with prejudice as of March 12, 2012, by order of this court dated March 5, 2012 (Doc. 35).